1  JASON G. REVZIN
2  Nevada Bar No. 8629
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 South Rainbow Blvd., Suite 600
   Las Vegas, NV 89118
4  Telephone: (702) 893-3383
   Fax: (702) 893-3789
5  Email: jason.revzin@lewisbrisbois.com
   **Counsel for Trans Union LLC**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANA M. PAYAN,<br><br>              Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S, INC.; MIDLAND MORTGAGE; WEBBANK D/B/A FINGERHUT/WEBBANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>              Defendants. | Case No. 2:17-cv-01460-RFB-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST)** |

COME NOW Plaintiff Ana M. Payan ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On May 22, 2017, Plaintiff filed her Complaint. The deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 15, 2017. Plaintiff has agreed to extend the

/ / /

/ / /

/ / /

/ / /

deadline in which Defendant has to file its appropriate responsive pleadings to Plaintiff's Complaint until July 6, 2017.

DATED: June 13, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
---
JASON G. REVZIN
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**

*/s/ Matthew I. Knepper*
---
David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
and
Matthew I Knepper
Miles N. Clark
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to certify that on the 13th of June, 2017, I filed **STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
and
Matthew I Knepper
Miles N. Clark
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
*Counsel for Plaintiff*

                    **/s/ Carrie S. Dunham**
                    **An Employee of**
                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

**IT IS SO ORDERED.**

Dated this 14th day of June, 2017.

                    UNITED STATES MAGISTRATE JUDGE