| | |
|---|---|
| 1 | JAMES E. HARPER |
| | Nevada Bar No. 9822 |
| 2 | TAYLOR G. SELIM |
| | Nevada Bar No. 12091 |
| 3 | BRANDON L. GATEWOOD |
| | Nevada Bar No. 13338 |
| 4 | **HARPER | SELIM** |
| | 1707 Village Center Circle, Suite 140 |
| 5 | Las Vegas, Nevada 89134 |
| | Phone: (702) 948-9240 |
| 6 | Fax:    (702) 778-6600 |
| | Email: eservice@harperselim.com |
| 7 | *Attorneys for Defendant State Farm Bank, FSB* |
| | *d/b/a State Farm Financial Services* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANA M. PAYAN, | CASE NO.:   2:17-cv-01460-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |
| SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S, INC.; MIDLAND MORTGATE; WEBBANK D/B/A FINGERHUT.WEBBANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC, | **(First Request)** |
| Defendants. | |

Pursuant to Local Rule 7.3, the parties jointly stipulate and move this Court to extend the deadline for Defendant STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES, ("State Farm") to file its Response to Plaintiff's Complaint. As good cause for this extension, State

///

1

Farm states that the parties are exploring settlement/dismissal.

DATED this 21st day of June 2017.				DATED this 21st day of June 2017.

**KNEPPER & CLARK LLC**						**HARPER | SELIM**


 /s/ Matthew I. Knepper                            			 /s/ James E. Harper                          
MATTHEW I. KNEPPER, ESQ.					JAMES E. HARPER
Nevada Bar No. 12796						Nevada Bar No. 9822
10040 W. Cheyenne Avenue, Suite 170-109			TAYLOR G. SELIM
Las Vegas, NV 89129						Nevada Bar No. 12091
Phone: (702) 825-606						1707 Village Center Circle, Suite 140
Fax: (702) 447-8048						Las Vegas, NV 89130
E-Mail: matthew.knepper@knepperclark.com			Phone: (702) 948-9240
*Attorneys for Plaintiff*						Fax:    (702) 778/6600
								Email: eservice@harperselim.com
								*Attorneys for Defendant State Farm Bank, FSB*
								*d/b/a State Farm Financial Services*


**IT IS HEREBY ORDERED.**


              6-21-2017
DATED: _____			_____
							UNITED STATES MAGISTRATE JUDGE

2