**DICKINSON WRIGHT PLLC**
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant WebBank dba Fingerhut/Webbank*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA M. PAYAN,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S, INC; MIDLAND MORTGAGE; WEBBANK D/B/A FINGERHUT/WEBBANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case Number: 2:17-cv-01460-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT WEBBANK DBA FINGERHUT/WEBBANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Ana M. Payan ("Plaintiff") and Defendant WebBank dba Fingerhut/WebBank ("WebBank") (collectively as the "Parties"), that the Parties consent to extend the deadline for WebBank's response to Plaintiff's Complaint ("Complaint"). This is WebBank's first stipulation for an extension of time to file a response to the Complaint filed with this court. The extension is requested in order to provide WebBank's counsel time to gather information and documentation



necessary to adequately analyze the claims set forth in the Complaint. The Parties agree that WebBank shall respond to the Complaint on or before July 11, 2017.

Dated this 29 day of June, 2017                    Dated this 29 day of June, 2017

    KNEPPER & CLARK LLC                    DICKINSON WRIGHT PLLC

By /s/ Matthew Knepper                              By: /s/ Taylor Anello
    Matthew I. Knepper, Esq.                    Taylor Anello, Esq.
    Nevada Bar No. 12796                        Nevada Bar No. 12881
    Miles N. Clark, Esq.                        DICKINSON WRIGHT, PLLC
    Nevada Bar No. 13848                        8363 West Sunset Road, Suite 200
    KNEPPER & CLARK LLC                         Las Vegas, Nevada 89113-2210
    10040 W. Cheyenne Ave., Suite 170-109       *Attorneys for Defendant Webbank dba*
    Las Vegas, NV 89129                         *Fingerhut/Webbank*
    Phone: (702) 825-6060
    *Attorneys for Plaintiff*

    IT IS SO ORDERED.

    _____
    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE

    DATED this <u>29th</u> day of <u>June</u> 2017.



## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the <u>29</u> day of June 2017, a copy of **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT WEBBANK DBA FINGERHUT/WEBBANK TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
*Attorneys for Plaintiff*

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
*Attorneys for Plaintiff*

Jason Revzin
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd. Suite 600
Las Vegas, NV 89118
*Attorneys for Trans Union, LLC*

Jennifer L Braster
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Experian Information Solutions, Inc.*

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Defendant Equifax Information Services, LLC*

/s/Angelica V Jimenez
An employee of Dickinson Wright PLLC

