Bradley T. Austin
Nevada Bar No. 13064
Snell & Wilmer L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANA M. PAYAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S, INC.; MIDLAND MORTGAGE; WEBBANK d/b/a FINGERHUT/WEBBANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendants. | **Case No. 2:17-cv-01460-RFB-CWH**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(SECOND REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Ana M. Payan has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Equifax's time to answer, move or otherwise respond to the Complaint in this action is extended from June 30, 2017 through and including **July 21, 2017**. The request was made by Equifax in good faith and that Plaintiff approves. This is the parties' second extension request.

/ / /

/ / /

1

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 30th day of June, 2017.

SNELL & WILMER LLP

By: /s/ *Bradley T. Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ *Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue
Suite 170-109
Las Vegas, NV 89129
Phone: 702.825.6060
FAX: 702.447.8048
Email: matthew.knepper@knepperclark.com

**ORDER**

**IT IS ORDERED** that Equifax shall respond to Plaintiff's Complaint by July 21, 2017.

DATED: July 3, 2017

_____
United States Magistrate Judge

4846-2438-9963.1