Michael R. Brooks, Esq.
Nevada Bar No. 7287
E-mail: mbrooks@brookshubley.com
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
E-mail: rhernandez@brookshubley.com
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel: (702) 851-1191 | Fax: (702) 851-1198
*Attorneys for Defendant MidFirst Bank, Erroneously Named as Midland Mortgage*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANA M. PAYAN,<br><br>    Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S, INC; MIDLAND MORTGAGE; WEBBANK D/B/A FINGERHUT/WEBBANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-01460-RFB-CWH |

## STIPULATION AND ORDER TO EXTEND TIME FOR MIDFIRST BANK TO RESPOND TO THE COMPLAINT
## (SECOND REQUEST)

Plaintiff Ana M. Payan and Defendant MidFirst Bank, erroneously named as Midland Mortgage ("MidFirst"), by and through their undersigned counsel of record, hereby stipulate and agree to extend MidFirst's deadline to plead or other otherwise respond to Plaintiff's Complaint to July 25, 2017.

1  This is the second request for an extension by MidFirst and is designed to permit

2 additional time to investigate the factual allegations in the Complaint and formulate a

3 response thereto. In addition, the parties are discussing settlement. It will not delay

4 prosecution of this lawsuit.

5 DATED this 11th day of July, 2017.                    DATED this 11th day of July, 2017.

**KNEPPER & CLARK LLC**                                 **BROOKS HUBLEY, LLP**

By: */s/ Matthew I. Knepper*                            By: */s/ Ramir M. Hernandez*
Matthew I. Knepper, Esq.                                Michael R. Brooks, Esq.
Nevada Bar. No. 12796                                   Nevada Bar No. 7287
Miles N. Clark, Esq.                                    Ramir M. Hernandez, Esq.
Nevada Bar. No. 13848                                   Nevada Bar No. 13146
10040 W. Cheyenne Ave.                                  1645 Village Center Circle, Suite 60
Suite 170-109                                           Las Vegas, NV 89134
Las Vegas, NV 89129                                     *Attorneys for Defendant MidFirst Bank*
*Attorneys for Plaintiff*

**HAINES & KRIEGER, LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorney for Plaintiff*

**IT IS SO ORDERED …**

Per the stipulation of the parties, Defendant MidFirst Bank, erroneously named as Midland Mortgage, shall have until and up to July 25, 2017 to plead or otherwise respond to the Complaint Plaintiff filed in this case.

DATED July 12, 2017

_____
UNITED STATES MAGISTRATE JUDGE

1426-0004/246584

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2017, I served the above and foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR MIDFIRST BANK TO RESPOND TO THE COMPLAINT (SECOND REQUEST)** on the parties that have appeared in this matter via the CM/ECF Pacer System.

Matthew I. Knepper, Esq.   matthew.knepper@knepperclark.com

Miles N. Clark, Esq.   miles.clark@knepperclark.com

David H. Krieger, Esq.   dkrieger@hainesandkrieger.com

Bradley T. Austin, Esq.   baustin@swlaw.com

Jennifer L. Braster, Esq.   jbraster@naylorandbrasterlaw.com

Andrew J. Sharples, Esq.   asharples@naylorandbrasterlaw.com

James Ernest Harper, Esq.   eservice@harperselim.com

Jason Revzin, Esq.   Jason.revzin@lewisbrisbois.com

Taylor A. Anello, Esq.   tanello@dickinsonwright.com

By: */s/ JoLynne Shaffer*
An Employee of Brooks Hubley, LLP

1426-0004/246584