Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANA M. PAYAN, | |
| Plaintiff, | Case No. 2:17-cv-01460-RFB-VCF |
| v. | Judge Richard F. Boulware, II |
| SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S, INC; MIDLAND MORTGAGE; WEBBANK D/B/A FINGERHUT/WEBBANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and EQUIFAX INFORMATION SERVICES, LLC, | **STIPULATION OF DISMISSAL OF MIDLAND MORTGAGE, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Midland Mortgage, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated August 18, 2017
Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br> *Attorneys for Plaintiff* | /s/ *Michael R. Brooks* <br> Michael R Brooks, Esq. <br> Nevada Bar No. 7287 <br> Ramir Mitchell Hernandez, Esq. <br> Nevada Bar No. 13146 <br> BROOKS HUBLEY, LLP <br> 1645 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> Email: mbrooks@brookshubley.com <br> Email: rhernandez@brookshubley.com <br><br> *Attorneys for Defendant Midland Mortgage* |
| /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> Nevada Bar No. 13064 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Email: baustin@swlaw.com <br> Attorneys for Defendant <br> *Equifax Information Services, LLC* | /s/ *Jason Revzin* <br> Jason Revzin, Esq. <br> Nevada Bar No. 8629 <br> LEWIS BRISBOIS BISGAARD & SMITH <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: Jason.revzin@lewisbrisbois.com <br> Attorneys for Defendant <br> *Trans Union LLC* |
| /s/ *Taylor A. Anello* <br> Taylor A. Anello, Esq. <br> Nevada Bar No. 12881 <br> DICKINSON WRIGHT PLLC <br> 8363 West Sunset Road, Suite 200 <br> Las Vegas, NV 891113 <br> Email: tanello@dickinsonwright.com <br> Attorneys for Defendant <br> *WebBank d/b/a Fingerhut/WebBank* | /s/ *Andrew J. Sharples* <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> NAYLOR & BRASTER <br> Email: jbraster@naylorandbrasterlaw.com <br> Email: asharples@naylorandbrasterlaw.com <br> Attorneys for Defendant <br> *Experian Information Solutions, Inc.* |

/s/ *James Ernest Harper*
James Ernest Harper, Esq.
Nevada Bar No. 9822
HARPER | SELIM
1707 Village Center Circle, Suite 140
Las Vegas, NV 89134
Email: eservice@harperselim.com

Attorneys for Defendant
*State Farm Bank, FSB dba State Farm Financial Services*

## ORDER GRANTING STIPULATION OF DISMISSAL OF MIDLAND MORTGAGE, PURSUANT TO FRCP 41(a)(1)(A)(ii)

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of August, 2017.

*Payan v. Sallie Mae, Inc. et al*
2:17-cv-01460-RFB-CWH