Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA M. PAYAN, <br><br> Plaintiff, <br><br> v. <br><br> SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S, INC; MIDLAND MORTGAGE; WEBBANK D/B/A FINGERHUT/WEBBANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-01460-RFB-VCF <br><br> Judge Richard F. Boulware, II <br><br> **STIPULATION OF DISMISSAL OF WEBBANK DOING BUSINESS AS FINGERHUT/WEBBANK, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

/ / /

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant WebBank d/b/a Fingerhut/WebBank, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated September 21, 2017

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br> *Attorneys for Plaintiff* | /s/ *Taylor A. Anello* <br> Taylor A. Anello, Esq. <br> Nevada Bar No. 12881 <br> DICKINSON WRIGHT PLLC <br> 8363 West Sunset Road, Suite 200 <br> Las Vegas, NV 891113 <br> Email: tanello@dickinsonwright.com <br> *Attorneys for Defendant* <br> *WebBank d/b/a Fingerhut/WebBank* |
| /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> Nevada Bar No. 13064 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Email: baustin@swlaw.com <br> *Attorneys for Defendant* <br> *Equifax Information Services, LLC* | /s/ *Jason Revzin* <br> Jason Revzin, Esq. <br> Nevada Bar No. 8629 <br> LEWIS BRISBOIS BISGAARD & SMITH <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: Jason.revzin@lewisbrisbois.com <br> *Attorneys for Defendant* <br> *Trans Union LLC* |
| /s/ *James Ernest Harper* <br> James Ernest Harper, Esq. <br> Nevada Bar No. 9822 <br> HARPER \| SELIM <br> 1707 Village Center Circle, Suite 140 <br> Las Vegas, NV 89134 <br> Email: eservice@harperselim.com <br><br> *Attorneys for Defendant* <br> *State Farm Bank, FSB dba State Farm Financial Services* | /s/ *Jennifer L. Braster* <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> NAYLOR & BRASTER <br> Email: jbraster@naylorandbrasterlaw.com <br> Email: asharples@naylorandbrasterlaw.com <br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* |

*Payan v. Sallie Mae, Inc. et al*
2:17-cv-01460-RFB-CWH

**ORDER GRANTING STIPULATION OF DISMISSAL OF WEBBANK d/b/a FINGERHUT/WEBBANK, PURSUANT TO FRCP 41(a)(1)(A)(ii)**

**IT IS SO ORDERED.**


RICHARD F. BOULWARE, II
United States District Judge

DATED this 25th day of September, 2017.