Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA M. PAYAN, <br><br> Plaintiff, <br><br> v. <br><br> SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S, INC; MIDLAND MORTGAGE; WEBBANK D/B/A FINGERHUT/WEBBANK; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-01460-RFB-VCF <br><br> Judge Richard F. Boulware, II <br><br> **STIPULATION OF DISMISSAL OF STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant State Farm Bank, FSB d/b/a State Farm Financial Services, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated October 24, 2017
Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* | /s/ *James Ernest Harper*<br>James Ernest Harper, Esq.<br>Nevada Bar No. 9822<br>HARPER \| SELIM<br>1707 Village Center Circle, Suite 140<br>Las Vegas, NV 89134<br>Email: eservice@harperselim.com<br><br>Attorneys for Defendant<br>*State Farm Bank, FSB dba State Farm Financial Services* |
| /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br>Attorneys for Defendant<br>*Equifax Information Services, LLC* | /s/ *Jennifer L. Braster*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>Email: jbraster@naylorandbrasterlaw.com<br>Email: asharples@naylorandbrasterlaw.com<br>Attorneys for Defendant<br>*Experian Information Solutions, Inc.* |

## **ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of October, 2017.

2