# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA M. PAYAN, | ) |
| Plaintiff, | ) Case No. 2:17-cv-01460-RFB-CWH |
| vs. | ) **ORDER** |
| SALLIE MAE, INC., et al., | ) |
| Defendants. | ) |

Presently before the court is Plaintiff Ana M. Payan's Notice to Set Aside Clerk's Entry of Default as to Defendant Navient Solutions, Inc., f/k/a Sallie Mae, Inc. (ECF No. 64), filed on October 24, 2017. Plaintiff represents that it has reached a settlement with Defendant Navient Solutions, Inc., f/k/a Sallie Mae, Inc., and requests that the court set aside the clerk's entry of default as to this defendant. Having reviewed and considered the notice, and good cause appearing,

IT IS ORDERED that the Clerk's Entry of Default as to Sallie Mae, Inc. (ECF No. 54) is VACATED.

DATED: October 25, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**