| | |
|---|---|
| 1 | Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796 |
| 2 | Miles N. Clark, Esq.<br>Nevada Bar No. 13848 |
| 3 | KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109 |
| 4 | Las Vegas, NV 89129<br>Tel: 702-825-6060 |
| 5 | Fax: 702-447-8048<br>Email: matthew.knepper@knepperclark.com |
| 6 | Email: miles.clark@knepperclark.com |
| 7 | David H. Krieger, Esq.<br>Nevada Bar No. 9086 |
| 8 | HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350 |
| 9 | Henderson, NV 89123<br>Tel: 702-880-5554 |
| 10 | Fax: 702-385-5518<br>Email: dkrieger@hainesandkrieger.com |
| 11 | |
| 12 | *Attorneys for Plaintiff* |
| 13 | Michael R. Ayers<br>Nevada Bar No. 10851 |
| 14 | HOLLEY DRIGGS WALCH FINE WRAY<br>PUZEY & THOMPSON |
| 15 | 800 S. Meadow Parkway, Suite 800<br>Reno, NV 88251 |
| 16 | Tel: 775-851-8700<br>Fax: 775-851-7681 |
| 17 | Email: mayers@nevadafirm.com |
| 18 | *Attorneys for Defendant Navient Solutions, LLC,*<br>*f/k/a Navient Solutions, Inc., f/k/a Sallie Mae, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANA M. PAYAN, | ) | Case No. 2:17-cv-01460-RFB-CWH |
| Plaintiff, | ) | |
| v. | ) | **николка NOTICE OF CORRECTED IMAGE/DOCUMENT OF STIPULATION OF DISMISSAL AS TO NAVIENT SOLUTIONS, LLC f/k/a SALLIE MAE, INC.** |
| SALLIE MAE, INC.; STATE FARM BANK, FSB d/b/a STATE FARM FINANCIAL SERVICES; GINNY'S INC.; MIDLAND MORTGAGE; WEBBANK d/b/a FINGERHUT/WEBBANK; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Ana M. Payan, and Defendant, Navient Solutions, LLC, f/k/a Navient Solutions, Inc., f/k/a Sallie Mae, Inc., hereby stipulate to the dismissal of all claims which have been or could have been made in this action between them with prejudice and without costs or attorneys' fees and waiving all rights of appeal.

Dated this 8th day of February, 2018.

Respectfully submitted,

| HAINES & KRIEGER, LLC | HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON |
|---|---|
| /s/ Matthew I. Knepper, Esq.<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12798<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>*Attorneys for Plaintiff* | /s/ Michael R. Ayers<br>Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>800 S. Meadow Parkway, Suite 800<br>Reno, NV 89521<br>*Attorneys for Defendant Navient Solutions, LLC f/k/a Sallie Mae, Inc.* |

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Tel: 702-880-5554
Fax: 702-385-5518
Email: dkrieger@hainesandkrieger.com

## **ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the foregoing Stipulation and good cause appearing therefore.

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is dismissed with prejudice and without costs or attorneys' fees and waiving all rights of appeal.

**IT IS SO ORDERED**.

Dated this  13th  of February, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2018, I served a copy of the foregoing **NOTICE OF CORRECTED IMAGE/DOCUMENT OF STIPULATION OF DISMISSAL AS TO NAVIENT SOLUTIONS, LLC f/k/a SALLIE MAE, INC.** upon each of the parties via electronic service through the United States District Court for the District of Nevada's ECF system to the following:

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK, LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

James E. Harper, Esq.
Taylor G. Selim, Esq.
HARPER/SELIM
1707 Village Center Circle, Suite 140
Las Vegas, NV 89134

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

Bradley T. Austin, Esq.
SNELL & WILMER, LLP
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

Dated February 9, 2018	/s/ LAURA ANN WOOD
Laura Ann Wood, an employee
of Holley, Driggs, Walch, Fine,
Wray, Puzey & Thompson

300642594v1 2448